■ TODD SPRING, Respondent, v COUNTY OF MONROE et al., Appellants. [60 NYS3d 913]—Motion for leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., DeJoseph, NeMoyer and Curran, JJ.

■ PETER HAMMOND, Appellant, v BRUCE W. SMITH, Respondent. [60 NYS3d 912]—Motion for leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Centra, Lindley and Troutman, JJ.

■ DALLAS M. GROVE, Respondent, v CORNELL UNIVERSITY et al., Respondents-Appellants, and SKYWORKS EQUIPMENT LEASING, LLC, et al., Appellants-Respondents. [60 NYS3d 913]—Motions for reargument denied. Present—Whalen, P.J., Centra, Lindley and Troutman, JJ.

■ WILLIAM C. SAGER, SR., Individually and as Administrator of the Estate of WILLIAM C. SAGER, JR., Deceased, Respondent, v CITY OF BUFFALO et al., Defendants, and NHJB, INC., Doing Business as MOLLY'S PUB, Individually and as a Private Actor Jointly Engaged with Government Officials in Prohibited Action, et al., Appellants. [60 NYS3d 913]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., DeJoseph, Troutman and Scudder, JJ. (Filed August 24, 2017.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD A. EDWARDS, Appellant. [60 NYS3d 913]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Carni, NeMoyer and Curran, JJ.

■ CHARLES F. DAMICK, JR., Appellant, v CITY OF GENEVA, Respondent. [60 NYS3d 868]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, NeMoyer and Curran, JJ.

■ DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,